# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAMES E. ARNEY,

        Petitioner,

v.

                                      CASE NO. 04-60183
                                      HON. MARIANNE O. BATTANI

MR. LUOMA, WARDEN,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc.

No. 31), filed on August 31, 2007, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that

Petitioner's Petition for Write of Habeas Corpus is **DENIED.**

**IT IS SO ORDERED.**

                                  s/Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  UNITED STATES DISTRICT JUDGE

DATED: September 26, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail

and/or electronic filing.

                                  s/Bernadette M. Thebolt
                                  DEPUTY CLERK